THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCES FLORES, Appellant.— Judgment unanimously modified by reducing the sentence to the time already served by the defendant, and as so modified affirmed. No opinion. Present — O'Malley, Townley, Glennon, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE P. MACK, Appellant.— Judgment unanimously affirmed. No opinion. Present — O'Malley, Townley, Glennon, Dore and Cohn, JJ.

In the Matter of Proceedings to Discover Property of the Estate of JACOB H. LEITER, Also Known as HENRY LEITER, Deceased. RAE GOLDSTEIN, Also Known as RAE WEIL, Also Known as RAE LEITER, Appellant; ANTON C. LEITER, as Administrator De Bonis Non, Respondent.— Decree, so far as appealed from, and the order, unanimously affirmed, with costs. No opinion. Present — O'Malley, Townley, Glennon, Dore and Cohn, JJ.

MARY HELLSTERN, Respondent, v. HUGO HELLSTERN, JR., and ALVINA COATES GILLETT, Appellants.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days after service of order upon payment of said costs. No opinion. Present — O'Malley, Townley, Glennon, Dore and Cohn, JJ.; O'Malley and Townley, JJ., dissent and vote to reverse and grant the motion, on the authority of *Harrison* v. *Union Trust Co. of N. Y.* (144 N. Y. 326).

HENRY A. BOATSWAIN, Respondent, v. DOROTHY O. BOATSWAIN, Appellant.— Judgment unanimously affirmed. No opinion. Present — O'Malley, Townley, Glennon, Dore and Cohn, JJ.

CLARA GOLDSTEIN, as Executrix, etc., of ISRAEL GOLDSTEIN, Deceased, Respondent, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — O'Malley, Townley, Glennon, Dore and Cohn, JJ.

ROBERT L. OWEN and Others, Respondents, v. H. WALTER BLUMENTHAL and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.; Dore and Cohn, JJ., dissent and vote to reverse and deny the motion, on the ground that there are issues of fact involved. [167 Misc. 213.]

THE EXCESS INSURANCE COMPANY OF AMERICA, Respondent, v. JAMES GIBBS and Others, Appellants, Impleaded with Others, Defendants.— Orders unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants-appellants to answer within twenty days after service of order upon payment of said costs, and the ten dollars motion costs awarded on each order at Special Term. No opinion. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN CLEARY and Others, Defendants, Impleaded with SALVATORE LA SPISA, Appellant.— Judgment unanimously affirmed. No opinion. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.